NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID DEAN,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE AIR FORCE,**
*Respondent.*

---

2014-3114

---

Petition for review of the Merit Systems Protection Board in No. AT-3330-13-0327-I-1.

---

**ON MOTION**

---

**O R D E R**

David Dean moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                                          DEAN v. AIR FORCE

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24